■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN FOX, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County, imposed October 28, 1978. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Suozzi, O'Connor and Lazer, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VONRICK JEFFERS, Appellant.—Judgment of the Supreme Court, Queens County, rendered December 8, 1976, affirmed (see *People v Crimmins,* 36 NY2d 230). Mollen, P. J., Damiani, O'Connor and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK TRAMONTANO, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Suffolk County, imposed October 13, 1978. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Titone, Margett and Mangano, JJ., concur.